PROB 12C
(6/16)

Report Date: December 19, 2019

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Dec 19, 2019**

SEAN F. MCAVOY, CLERK

Name of Offender: Junior Agustin Martinez-Toscano        Case Number: 0980 4:16CR06043-001

Address of Offender: ▉▉▉▉▉▉▉▉  Edinburg, Texas 78539

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U. S. District Judge

Date of Original Sentence: December 15, 2016

| | | | |
|---|---|---|---|
| Original Offense: | Alien in the United States After Deportation, 8 U.S.C. § 1326(b)(2) | | |
| Original Sentence: | Prison - 18 months; TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Alvin Guzman | Date Supervision Commenced: | 12/27/2017 |
| Defense Attorney: | Jeremy B. Sporn | Date Supervision Expires: | 12/26/2020 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance
---|---
1 | **Special Condition # 1**: You are prohibited from returning to the United States without advance legal permission from the United States Attorney General or his designee. Should you reenter the United States, you are required to report to the probation office within 72 hours of reentry.
 | **Supporting Evidence**: Mr. Martinez-Toscano is considered to be in violation of his conditions of supervised release by returning to the United States without permission of the United States Attorney General or his designee on or about December 1, 2019.
 | Mr. Martinez-Toscano was confirmed deported by Immigration and Customs Enforcement at San Ysidro Port of Entry on December 27, 2017.
 | U.S. Probation received a notice that Mr. Martinez-Toscano was contacted by the Texas Department of Public Safety (DPS) on December 1, 2019. State of Texas DPS Trooper Estrada contacted the undersigned officer on December 19, 2019, and confirmed that she had contacted Mr. Martinez-Toscano on December 1, 2019, as she pulled him over for driving with an expired license plate. Trooper Estrada reported Mr. Martinez-Toscano provided an address of 1220 E. Stubbs, Edinburg, Texas. Mr. Martinez-Toscano has not attempted to contact the U.S. Probation office since his return to the United States.

Prob12C
Re: Martinez-Toscano, Junior Agustin
December 19, 2019
Page 2

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   12/19/2019

s/Daniel M. Manning

Daniel M. Manning
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[x]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

_____
Signature of Judicial Officer

12/19/2019
Date